IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                Case No. 06-20033-001

JOSE ODOLIO SANCHEZ-VALDERAMA
a/k/a JOSE O. SANCHEZ                                       DEFENDANT

## **ORDER**

Now on this 1st day of September 2006, there comes on for consideration the report and recommendation filed herein on August 17, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 33). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's motion to suppress (Doc. 26) is hereby DENIED.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge